**UNITED STATES of America**
**Plaintiff-Appellee**

v.

**Javier Santos GARCIA-HERNANDEZ**
**Defendant-Appellant**

**No. 16-3546**

United States Court of Appeals,
Eighth Circuit.

Submitted: April 20, 2017

Filed: April 28, 2017

Jennifer D. Mammenga, Special Assistant U.S. Attorney, U.S. Attorney's Office, District of South Dakota, Sioux Falls, SD, for Plaintiff-Appellee

Javier Santos Garcia-Hernandez, Pro Se

Before RILEY, MURPHY, and SHEPHERD, Circuit Judges.

**PER CURIAM.**

Javier Santos Garcia-Hernandez (Garcia) directly appeals the judgment of the district court[1] entered upon a jury verdict finding him guilty of conspiracy to distribute a controlled substance, in violation of 21 U.S.C. §§ 841(a)(1) and 846. The district court sentenced Garcia at the bottom of the advisory Guidelines range to 121

---

1. The Honorable Karen E. Schreier, United States District Judge for the District of South Dakota.

months in prison, and on appeal, he challenges the reasonableness of the sentence in a brief filed under <u>Anders v. California,</u> 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Following careful review, we find no abuse of discretion. <u>See United States v. Harlan,</u> 815 F.3d 1100, 1107 (8th Cir. 2016) (standard of review; a within-Guidelines sentence is presumed reasonable on appeal). In addition, we found no nonfrivolous issue during our independent review in accordance with <u>Penson v. Ohio,</u> 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988).

The judgment of the district court is affirmed, and counsel's motion to withdraw is granted.